*E-Filed 6/28/10*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHEE ABDULLAH RASHEED, | No. C 10-2144 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JAMES WALKER, and TIM VIRGA, | |
| Respondents. | |

This is a federal habeas corpus action filed by a *pro se* state prisoner pursuant to 28 U.S.C. § 2254. Petitioner was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, by June 18, 2010, or face dismissal of the action. Petitioner has not paid the filing fee, nor has filed a complete IFP application. Accordingly, the action is DISMISSED without prejudice to petitioner's paying the filing fee or filing a complete IFP application.

The Clerk shall enter judgment in favor of respondents and close the file.

**IT IS SO ORDERED**.

DATED: June 28, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-2144 RS (PR)
ORDER OF DISMISSAL